UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KRISHNA REDDY,

    Plaintiff,

v.    Case No: 6:13-cv-1304-Orl-18DAB

GILBERT MEDICAL TRANSCRIPTION
SERVICE, INC., ET AL.,

    Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion is **DENIED** and the complaint is **DISMISSED**. Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 16 day of September, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Krishna Reddy
7968 SVL Box
Victorville, CA 92395