# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KRISHNA REDDY,

        **Plaintiff,**

-vs-                                     **Case No. 6:13-cv-1304-Orl-18DAB**

GILBERT MEDICAL TRANSCRIPTION
SERVICE, INC., ET AL,

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

        This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO APPEAL IN FORMA PAUPERIS (Doc. No. 8)** |
| **FILED:** | **October 16, 2013** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

        Upon the filing of an affidavit of indigency, any court of the United States may authorize a party to proceed *in forma pauperis*. 28 U.S.C. § 1915(a). However, "an appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). The good faith standard is an objective standard. *See Coppedge v. United States*, 369 U.S. 438, 445, 82 S.Ct. 917, 921, 8 L.Ed.2d 21 (1962). An appeal is not taken in good faith if the issue presented is frivolous. *Id.*

Here, Plaintiff seeks leave to appeal the District Judge's Orders overruling her objections and dismissing her Complaint (Doc. 4 and 6). As set forth in the Report and Recommendation (Doc. 3) adopted by the District Court (Doc. 4), the Complaint fails to plead a cognizable cause of action against these Defendants for several reasons, primarily because the instant litigation appears to be duplicative of litigation commenced against these same defendants in California, arising out of the same incidents. Plaintiff seeks to appeal on the grounds that 1) the dismissal against Felicia Slattery was without prejudice, and 2) her claims are actionable as they are supplemental claims occurring after the filing of the California action. The Complaint, however, affirmatively alleges that:

> "The facts of this case are all within knowledge of each of the defendants from the prior case of *Reddy v. GMTS, et.al.*, case number CV-IO-00524-JFW, filed in the Central District of California, in which each of the defendants actively participated and fully litigated."

and

> "Defendant Felicia Slattery has not yet been dismissed from the prior case. No final judgment has yet been entered in that case in Central District of California."

(Doc. 1, Allegations 24, 10). While the Complaint contains many other allegations in contradictory and convoluted fashion, the position taken by Plaintiff as grounds for her appeal is directly contradicted by the allegations of the Complaint and is thus frivolous.

It is therefore **respectfully recommended** that the Court **certify** that the appeal is not taken in good faith. If the Court so certifies in writing, the application should be denied pursuant to 28 U.S.C. § 1915(a)(3).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 23, 2013.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy