UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KRISHNA REDDY,

    Plaintiff,

v.                                        Case No: 6:13-cv-1304-Orl-18DAB

GILBERT MEDICAL
TRANSCRIPTION SERVICE, INC., et
al.

    Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Application to Appeal *In Forma Pauperis* (Doc. No. 8). A Report and Recommendation was filed by the magistrate judge on October 23, 2013 (Doc. 10) and an objection was filed by the plaintiff on November 12, 2013 (Doc. 11). The Court having reviewed the report and recommendation of the magistrate judge and the objection filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court certifies that the appeal is not taken in good faith, therefore the application is denied pursuant to 28 U.S.C. § 1915(a)(3).

**DONE AND ORDERED** at Orlando, Florida, this \_\_14\_\_ day of November, 2013.

                                                      G. KENDALL SHARP
                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Krishna Reddy